UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>      Plaintiff,                  )<br>                                   )<br>   vs.                             )    Case No. S2-4:22CR00229 JAR<br>                                   )<br>ARMANI TATUM,                      )<br>                                   )<br>      Defendant.                   ) | |

### MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 694). On February 12, 2024, Defendant Tatum filed a Motion to Suppress Evidence and Statements (ECF No. 680). Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motion to Suppress.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on February 26, 2024 (ECF No. 694). Defendant Tatum filed objections to the Report and Recommendation on March 11, 2024 (ECF No. 705), summarily stating that he objects to the conclusions drawn by Magistrate Judge Bodenhausen but fails to provide any convincing argument to the contrary. The Government thereafter filed a Response to the Objections on March 18, 2024 (ECF No. 710). After a review of the record the Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Tatum's objections are not persuasive.

The Magistrate Judge recommends that the Motions to Suppress be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [694] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Suppress Evidence and Statements [680] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter remains scheduled for **Jury Trial** on **Monday, April 22, 2024 at 9:00 a.m.**

Dated this 20th day of March, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE